Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,389,779
Registered Sep. 26, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## PHOTOCRAZY

WOLF, PETER H. (UNITED STATES CITIZEN)
509 RAINDANCE STREET
THOUSAND OAKS, CA 91360

FOR: EVENT PHOTOGRAPHY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1999; IN COMMERCE 9-1-1999.

SER. NO. 75-805,178, FILED 10-13-1999.

GINNY ISAACSON, EXAMINING ATTORNEY

EXHIBIT "A"