**Int. Cls.: 9 and 41**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107**

**Reg. No. 3,104,968**

**United States Patent and Trademark Office**     Registered June 13, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



WOLF, PETER (UNITED STATES INDIVIDUAL)

509 RAINDANCE STREET

THOUSAND OAKS, CA 91360

   FOR: PHOTOGRAPHY EQUIPMENT, NAMELY, CAMERAS AND MOTION SENSORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 8-24-2004; IN COMMERCE 8-24-2004.

   FOR: PHOTOGRAPHY SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

   FIRST USE 8-24-2004; IN COMMERCE 8-24-2004.

   OWNER OF U.S. REG. NO. 2,389,779.

   SN 78-441,113, FILED 6-24-2004.

APRIL L. RADEMACHER, EXAMINING ATTOR-NEY

**EXHIBIT "B"**